MASSIMI LAW PLLC
99 Wall Street, Suite 1264, New York, NY
Jessica.Massimi@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

September 14, 2026

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Hall v. City of New York, et al., 26 CV 1959 AT**

Your Honor:

I represent the Plaintiff in this excessive force and false arrest case brough pursuant to 42 U.S.C. §1983 and various state and city laws. I write to request an extension of the parties' time to submit a joint proposed case Management Plan and Scheduling Order by today. *See* ECF No. 15. This is the first request for an extension of this deadline. The reason for this request is because this is a Plan case, and the mediation has not yet been held. Additionally, Defendant Pachecocuzco's Answer has not yet been filed and is due September 23, 2026. Finally, Ms. Torvari Williams has left her position at the Law Department and they are currently in the process of assigning a new ACC to this matter. I have conferred with Mary O'Flynn at the Law Department, who joins in this request on behalf of Defendants.

The parties thank the Court for its time and consideration.

Respectfully submitted,
*Jessica Massimi*
JESSICA MASSIMI, Esq.

GRANTED. By **November 2, 2026**, the parties shall file their proposed Case Management Plan and Scheduling Order. By the same date, the parties shall submit a letter advising the Court of the status of mediation. All future requests for extension of time shall be submitted at least 48 hours prior to the deadline, in compliance with Rule I(C) of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ANALISA TORRES
United States District Judge