USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __11/4/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE HALL,

Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD MEMBER VICTOR CUNHA (TAX REGISTRATION NO. 971029), NYPD MEMBER ALBERTO DEMARCHENA (TAX REGISTRATION NO. 971034), NYPD MEMBER WILLIAN PACHECOCUZCO (TAX REGISTRATION NO. 971595), AND NYPD MEMBER DOES 1-2,

Defendant.

No. 26 Civ. 1959 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The parties were directed to file a proposed case management plan and scheduling order by November 2, 2026. *See* ECF No. 33. The parties have not done so. The Court recognizes, however, that the parties are presently engaged in mediation. *See* ECF No. 36. Accordingly, the deadline to submit a proposed case management plan and scheduling order is extended to **January 4, 2027**. By the same date, the parties shall also submit a joint status update on mediation.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge